**C**OURT OF **A**PPEALS FOR THE
**F**IRST **D**ISTRICT OF **T**EXAS AT **H**OUSTON



**O**RDER

Appellate case name:        Melinda Jackson v. Eugene Ethridge

Appellate case number:    01-21-00667-CV

Trial court case number:    1176269

Trial court:                            County Civil Court at Law No. 2 of Harris County

Roger G. Jain and Thomas H. Smith III of Roger G. Jain & Associates, P.C. have filed a motion to withdraw as appellate counsel for appellee, Eugene Ethridge. *See* TEX. R. APP. P. 6.5(a), (b). The motion states that Jain and Smith were retained to represent appellee in the trial court, but "have not been retained to represent [appellee] in this appeal." Further, the motion states that Jain and Smith "have attempted to contact [appellee] several times to inquire as to whether [appellee] wishes to retain [Jain and Smith], but [appellee] has not been responsive."

The motion complies with the requirements of Texas Rule of Appellate Procedure 6.5. *See* TEX. R. APP. P. 6.5(a), (b). Further, the motion includes a certificate of conference representing that appellant, Melinda Jackson, is not opposed to Jain and Smith's request to withdraw as appellate counsel for appellee. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, the motion is **granted**. The Clerk of this Court is directed to note the withdrawal of Roger G. Jain and Thomas H. Smith III of Roger G. Jain & Associates, P.C. as counsel for appellee on the docket of this Court.

Roger G. Jain and Thomas H. Smith III are directed to immediately notify appellee of "any deadlines or settings that [they] knows about at the time of withdrawal but that were not previously disclosed" to appellee and file a copy of the notice provided to appellee with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(c)

It is so ORDERED.

Judge's signature: _____/s/ April Farris_____

                ☑ Acting individually    ☐ Acting for the Court

Date:  ___February 15, 2022____